IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-00227-REB-BNB

JACK J. GRYNBERG, and
PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation,

    Plaintiffs,
v.

FLORIAN HOMM, individually and as agent for Hunter World Markets, Inc.
HUNTER WORLD MARKETS, INC., a California corporation, and
TODD M. FICETO, individually and as agent for Hunter World Markets, Inc.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is **Plaintiffs' Notice of Dismissal of Action Pursuant To F.R.C.P. 41(a)(1)(A)(i) Without Prejudice** [#27], filed April 15, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Notice of Dismissal of Action Pursuant To F.R.C.P. 41(a)(1)(A)(i) Without Prejudice** [#27], filed April 15, 2008, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated April 15, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        <u>s/ Robert E. Blackburn</u>
                                        **Robert E. Blackburn
United States District Judge**